NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN PAUL CUNNINGHAM, )
)
        Appellant, )
)
v. )    Case No. 2D18-468
)
STATE OF FLORIDA, )
)
        Appellee. )
_____ )

Opinion filed October 16, 2019.

Appeal from the Circuit Court for Pasco
County; Kimberly Campbell, Judge.

Howard L. Dimmig, II, Public Defender, and
Matthew J. Salvia, Special Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


KHOUZAM, C.J., KELLY, and ATKINSON, JJ., Concur.